# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANGELA WADDILL,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　Case No:　6:15-cv-1177-Orl-31KRS

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**

      **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**　MOTION TO COMPEL (Doc. No. 27)
>
> **FILED:**　May 31, 2016

Under Local Rule 3.04(a),

> [a] motion to compel discovery pursuant to . . . Rule 37, Fed. R. Civ. P., shall include quotation in full of each interrogatory, question on deposition, request for admission, or request for production to which the motion is addressed; each of which shall be followed immediately by quotation in full of the objection and grounds therefor as stated by the opposing party, or the answer or response which is asserted to be insufficient, immediately followed by a statement of the reason the motion should be granted.

This Court's Case Management and Scheduling Order provides that the failure to comply with Local Rule 3.04(a) is grounds for denial of a motion to compel.  Doc. No. 15, at 5.

In its motion to compel, Defendant generally states that "Plaintiff's counsel notified Defendant that Plaintiff has objections to the deposition."  Doc. No. 27, at 2.  Defendant does not, however, include "a quotation in full of the objection and grounds therefor," as required by Local Rule 3.04(a).  Accordingly, Defendant's motion to compel (Doc. No. 27) is **DENIED without**

**prejudice**.  I note that June 1, 2016 is the last date provided in the Case Management and Scheduling Order for filing discovery motions.

   **DONE** and **ORDERED** in Orlando, Florida on June 1, 2016.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE
